IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**PAULA SIMMONS**     **PLAINTIFF**

**V.**     **NO. 4:20-CV-128-DMB-RP**

**ANDREW SAUL,**
**Commissioner of Social Security**     **DEFENDANT**

## ORDER

On May 13, 2021, Andrew Saul filed an unopposed motion to remand this social security appeal pursuant to the fourth sentence of 42 U.S.C. § 405(g). Doc. #22; Doc. #23 at 2. As grounds, Saul represents that the underlying administrative decision "did not fully consider the opinions from Family Nurse Practitioner Lacy Perry." Doc. #23 at 1.

Upon consideration, the unopposed motion to remand [22] is **GRANTED**. The administrative decision is **REVERSED** and this case is **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for consideration of the opinions of Lacy Perry.

**SO ORDERED**, this 17th day of May, 2021.

            **/s/Debra M. Brown**
            **UNITED STATES DISTRICT JUDGE**